STATE OF NEW JERSEY v. NATHAN LASSITER.

March 2, 1982.

Leave to appeal is granted and the matter is summarily remanded to the Superior Court, Appellate Division to consider the appeal on the merits. Jurisdiction is not retained.

JAMES T. HANNAN AND FIREMEN'S MUTUAL BENEVOLENT ASSOCIATION v. CITY OF PATERSON.

March 8, 1982.

Petition for certification granted.

IARIA BROTHERS, INC. v. ALLSTATE INSURANCE COMPANY.

March 8, 1982.

The parties to this matter having stipulated to a dismissal of the within appeal, it is ORDERED that the appeal in this matter be and hereby is dismissed. (See 88 *N.J.* 484)